## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Malibu Media LLC

                Plaintiff,

v.                                Case No.: 1:13–cv–06414

                                Honorable James F. Holderman

John Doe

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 21, 2013:

       MINUTE entry before the Honorable James F. Holderman: Motion hearing held. Defendant's motion for leave to proceed anonymously and for extension of time [10] is moot. Defendant's counsel reported that this case has settled. This case is dismissed without prejudice with leave to reinstate by 12/19/13. If no motion to reinstate has been filed by 12/19/13, this case will automatically be dismissed with prejudice. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.